**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jimmie Keith Brown,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Arizona Department of Corrections, et al.,<br><br>　　　　Defendants. | No.  CIV 07-2619-PHX-NVW (DKD)<br><br>**ORDER** |

　　　Pending before the Court are motions filed by Plaintiff Jimmie Keith Brown.  Following the screening of his *pro se* prisoner civil rights complaint, Brown was ordered to return his service packets within 20 days.  When he failed to do so, the Court ordered Brown to show cause why his case should not be dismissed for lack of prosecution.  In response to this Order, Brown stated that the reason he had not yet returned the service packets was because he had discovered the identity of two defendants previously listed as Does I and II.  *See* Doc. #9.  He now seeks permission to file an amended complaint and has requested two additional service packets.  *See* Doc. #8, 10.  However, in his proposed Amended Complaint, although he lists the names of two new defendants, he fails to link them to any specific claim.  The Court will deny both motions, without prejudice to his filing an of-right amended complaint, including all of the allegations of his original complaint, plus the addition of the two new defendants.  In addition to naming the  new defendants, Brown must *link each claim to the respective defendant, as he did in the original complaint*.

**IT IS ORDERED denying** Jimmie Brown's Motion for Additional Summons in a Civil Case (Doc. #8).

**IT IS FURTHER ORDERED denying** without prejudice Brown's Motion to Permit Filing of an Amended Complaint (Doc. #10).

DATED this 1st day of May, 2008.

_____
David K. Duncan
United States Magistrate Judge